BEFORE THE SECOND DIVISION, MAY 19, 1960

No. 64217.—Manca, Inc. *v.* United States, protest 59/30274 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the boxes the subject of Abstract 59557, the claim of the plaintiff was sustained.